**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 7, 2012**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 12-MJ-758 |
| | : | |
| **LACROIX FLOYD,** | : | VIOLATIONS: |
| Defendant. | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 280 Grams or More of Cocaine |
| | : | Base) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about September 18, 2012, within the District of Columbia, **LACROIX FLOYD** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about September 19, 2012, within the District of Columbia, **LACROIX FLOYD** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture or substance was 280 grams or more.

> (**Unlawful Possession with Intent to Distribute 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT THREE

On or about September 19, 2012, within the District of Columbia, **LACROIX FLOYD** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.